```
 1  THOMAS P. O'BRIEN
    United States Attorney                          JS - 6
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  ANN LUOTTO WOLF
    Assistant United States Attorney
 6  California State Bar No. 137163
         United States Courthouse
 7       411 West Fourth Street, Suite 8000
         Santa Ana, California  92701
 8       Telephone:  (714) 338-3533
         Facsimile:  (714) 338-3708
 9       Email:      ann.wolf@usdoj.gov

10  OF COUNSEL
    DAVID L. KOMAN
11  Senior Trial Attorney
         Litigation Office
12       Office of the General Counsel
         720 Kennon Street, S.E., Bldg. 36
13       Washington Navy Yard, DC  20374-5013
         Telephone:  (202) 685-6984
14       Facsimile:  (202) 685-7046

15  Attorneys for Plaintiff
    United States of America
16
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. SACV 07-451-CJC (ANx) |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] |
| | ) CONSENT JUDGMENT BETWEEN |
| v. | ) PLAINTIFF UNITED STATES OF |
| | ) AMERICA AND CLAIMANT AIR MUSEUM |
| FOUR F-14 TOMCAT AIRCRAFT, | ) PLANES OF FAME |
| | ) |
| Defendants. | ) [**This document is <u>not</u>** |
| | ) **dispositive of the entire** |
| | ) **action**] |
| THE YANKS AIR MUSEUM, AIR | ) |
| MUSEUM PLANES OF FAME, and | ) |
| AVIATION WAREHOUSE, | ) |
| | ) |
| Claimants. | ) |
| | ) |

On April 24, 2007, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture alleging that the defendant F-14 Tomcat Aircraft, Bureau number 160686 (the "defendant aircraft") was subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

On May 29, 2007, claimant Air Museum Planes of Fame ("claimant") filed a Claim to the defendant aircraft and, on June 28, 2007, an Answer to the Complaint. No other claims or answers with respect to the defendant aircraft have been filed, and the time for filing claims and answers has expired.[1]

The government and claimant have agreed to settle this forfeiture action and avoid further litigation.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of plaintiff and claimant,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2.  The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C).

3.  Notice of this action has been given as required by law. Claimant filed the only claim and answer with respect to the defendant aircraft. The Court deems that all other potential

/ / /

---

[1] Claims and Answers have been filed by The Yanks Air Museum and Aviation Warehouse with respect to the other three defendant F-14 Tomcat aircraft, i.e., Bureau numbers 160671, 160928, and 160894.

1 claimants admit the allegations of the Complaint for Forfeiture
2 to be true with respect to the defendant aircraft.
3     4.   Claimant agrees to forfeiture, and a judgment of
4 forfeiture is hereby entered in favor of the United States.
5 Satisfaction of the judgment shall be made as follows:
6          The defendant aircraft shall be condemned and forfeited
7       to the United States of America and shall be disposed of in
8       accordance with law.  The government shall pay claimant
9       $75,000.00, which payment shall be made by a check in the
10      amount of $75,000.00, made payable to "Air Museum Planes of
11      Fame and to their attorneys, Schanz Acromite LLP" and sent
12      to William Schanz, Schanz Acromite LLP, 31461 Rancho Viejo
13      Road, Suite 201, San Juan Capistrano, California, 92675.
14     5.   Claimant hereby releases the United States of America,
15 its agencies, officers, and employees, including employees of the
16 Defense Criminal Investigative Service, Immigration and Customs
17 Enforcement, and Naval Criminal Investigative Service, from any
18 and all claims, actions, or liabilities arising out of or related
19 to this action, including, without limitation, any claim for
20 attorneys' fees, costs, or interest on behalf of claimant,
21 whether pursuant to 28 U.S.C. § 2465 or otherwise.
22     6.   The Court finds that there was reasonable cause for the
23 seizure of the defendant aircraft and institution of these
24 proceedings.  This judgment shall be construed as a certificate
25 of reasonable cause pursuant to 28 U.S.C. § 2465.
26 / / /
27 / / /
28 / / /

1     7.   The Court further finds that claimant did not
2 substantially prevail in its claims, and each side shall bear its
3 own attorneys' fees and other costs of litigation.

5 DATED: April 30, 2008             _____
                                  THE HONORABLE CORMAC J. CARNEY
6                                   UNITED STATES DISTRICT JUDGE

8                               CONSENT

9     The government and claimant consent to judgment and waive
10 any right of appeal.

11 DATED: April ___, 2008        THOMAS P. O'BRIEN
                                  United States Attorney
12                                 CHRISTINE C. EWELL
                                  Assistant United States Attorney
13                                 Chief, Criminal Division
                                STEVEN R. WELK
14                                 Assistant United States Attorney
                                Chief, Asset Forfeiture Section

16                                 _____/s/_____
                                ANN LUOTTO WOLF
17                                 Assistant United States Attorney

18                                 Attorneys for Plaintiff
                                United States of America

21 DATED: April ___, 2008        SCHANZ ACROMITE LLP

23                                 _____/s/_____
                                WILLIAM L. SCHANZ

24                                 Attorneys for Claimant
                                Air Museum Planes of Fame