```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  ANN LUOTTO WOLF
    Assistant United States Attorney
 6  California State Bar No. 137163
          United States Courthouse
 7        411 West Fourth Street, Suite 8000
          Santa Ana, California  92701
 8        Telephone:  (714) 338-3533
          Facsimile:  (714) 338-3708
 9        Email:      ann.wolf@usdoj.gov
                                                        JS-6
10  OF COUNSEL
    DAVID L. KOMAN
11  Senior Trial Attorney
          Litigation Office
12        Office of the General Counsel
          720 Kennon Street, S.E., Bldg. 36
13        Washington Navy Yard, DC  20374-5013
          Telephone:  (202) 685-6984
14        Facsimile:  (202) 685-7046

15  Attorneys for Plaintiff
    United States of America
16

17                  UNITED STATES DISTRICT COURT

18             FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                      SOUTHERN DIVISION

20  UNITED STATES OF AMERICA,    )  NO. SACV 07-451-CJC (ANx)
                                 )
21           Plaintiff,          )  [PROPOSED]
                                 )  CONSENT JUDGMENT BETWEEN
22           v.                  )  PLAINTIFF UNITED STATES OF
                                 )  AMERICA AND CLAIMANT AVIATION
23  FOUR F-14 TOMCAT AIRCRAFT,   )  WAREHOUSE
                                 )
24           Defendants.         )  [This document disposes of the
                                 )  remainder of the action]
25  _____  )
    AVIATION WAREHOUSE,          )
26                               )
             Claimant.           )
27  _____  )

28  / / /
```

On April 24, 2007, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture alleging that the defendant F-14 Tomcat Aircraft, Bureau number 160894 (the "defendant aircraft") was subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

On May 30, 2007, claimant Aviation Warehouse ("claimant") filed a Claim to the defendant aircraft and, on June 15, 2007, an Answer to the Complaint. No other claims or answers with respect to the defendant aircraft have been filed, and the time for filing claims and answers has expired.[1]

The government and claimant have agreed to settle this forfeiture action and avoid further litigation.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of plaintiff and claimant,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C).

3. Notice of this action has been given as required by law. Claimant filed the only claim and answer with respect to the defendant aircraft. The Court deems that all other potential

/ / /

---

[1] Claims and Answers were filed by The Yanks Air Museum and Air Museum Planes of Fame with respect to the other three defendant F-14 Tomcat aircraft, i.e., Bureau numbers 160671, 160928, and 160686. The forfeiture action against these assets has been resolved.

claimants admit the allegations of the Complaint for Forfeiture to be true with respect to the defendant aircraft.

4. This agreement does not constitute an admission by either party of the contentions or allegations of the other.

5. Claimant agrees to forfeiture, and a judgment of forfeiture is hereby entered in favor of the United States. Satisfaction of the judgment shall be made as follows:

> The defendant aircraft shall be condemned and forfeited to the United States of America and shall be disposed of in accordance with law. The government shall pay claimant $50,000.00, which payment shall be made by a check in the amount of $50,000.00, made payable to "Aviation Warehouse and to its attorneys, McConwell Law Offices," and sent to Edward A. McConwell, McConwell Law Offices, 5925 Beverly, Mission, KS, 66202; 913-262-0605.

6. The United States hereby releases claimant, and claimant hereby releases the United States of America, its agencies, officers, and employees, including employees of the Defense Criminal Investigative Service, Immigration and Customs Enforcement, and Naval Criminal Investigative Service, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs, or interest, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. The Court finds that there was reasonable cause for the seizure of the defendant aircraft and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

1     8. Each side shall bear its own attorneys' fees and other costs of litigation.

DATED: May 13, 2009

                                        _____
                                        THE HONORABLE CORMAC J. CARNEY
                                        UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

    The government and claimant consent to judgment and waive any right of appeal.

DATED: May ___, 2009        THOMAS P. O'BRIEN
                                     United States Attorney
                                     CHRISTINE C. EWELL
                                     Assistant United States Attorney
                                     Chief, Criminal Division
                                     STEVEN R. WELK
                                     Assistant United States Attorney
                                     Chief, Asset Forfeiture Section

                                     _____
                                     ANN LUOTTO WOLF
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     United States of America

DATED: May ___, 2009        MCCONWELL LAW OFFICES

                                     _____
                                     EDWARD A. MCCONWELL

                                     Attorneys for Claimant
                                     Aviation Warehouse